

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00522-CR

| | | |
|---|---|---|
| David Linn Robertson | § | From the 297th District Court |
| | § | of Tarrant County (1240754D) |
| v. | § | January 24, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00522-CR

DAVID LINN ROBERTSON                                        APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant David Linn Robertson attempts to appeal from his conviction and eight-year sentence for aggravated assault causing serious bodily injury. The trial court's certification of his right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal."

On October 31, 2012, this court notified appellant about the statement on the trial court's certification and informed him that unless he or any party desiring to continue the appeal filed with the court, on or before November 12, 2012, a

---

[1]*See* Tex. R. App. P. 47.4.

response showing grounds for continuing the appeal, the appeal could be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Although we have received a response, it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 24, 2013

3